# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** June 10, 2021

**CASE OF:** Florida Department of Health, etc., et al. v. Florigrown, LLC, etc., et al

**DOCKET NO.:** SC19-1464     **OPINION FILED:** May 27, 2021

### ATTENTION: ALL PUBLISHERS

**THE FOLLOWING CORRECTION HAS BEEN MADE IN THE ABOVE OPINION:**

On page 50, line 14, "St. Vincent's Med. Ctr., 967 So. 2d at 804, 809" has been changed to "St. Vincent's Med. Ctr., 967 So. 2d at 801-02."

**SIGNED: OPINION CLERK**